# IN THE SUPREME COURT OF THE STATE OF NEVADA

JUSTIN JAMES FISHER,
             Appellant,
vs.
THE STATE OF NEVADA,
             Respondent.

No. 81516

**FILED**

AUG 07 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a "Motion For Relief From Order Reply And Objection Motion For Default Judgment As Matter Of Law, No Response From Attorney General." Second Judicial District Court, Washoe County; Egan K. Walker, Judge.

Because no statute or court rule permits an appeal from the aforementioned order in a criminal matter, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc: Hon. Egan K. Walker, District Judge
Justin James Fisher
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A